**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 9 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-02016-BNB
**(The above civil action number must appear on all future papers**
**sent to the court in this action.  Failure to include this number**
**may result in a delay in the consideration of your claims.)**

JAMES PRESTON SMITH,

      Petitioner,

v.

WARDEN JACK DANIALS [sic], U.S.P. Florence, Colorado, and
THE UNITED STATES,

      Respondents.

---

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

---

      Petitioner has submitted a document titled "28 U.S.C. § 2241 Habeas Pursuant

to 28 U.S.C. 1333 Common Law Tradition."  As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted document is

deficient as described in this order.  Petitioner will be directed to cure the following if he

wishes to pursue his claims.  Any papers which the Petitioner files in response to this

order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
| | | |
|---|---|---|
| (1) | X | is not submitted |
| (2) | __ | is missing affidavit |
| (3) | __ | is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing |
| (4) | X | is missing certificate showing current balance in prison account |
| (5) | __ | is missing required financial information |
| (6) | __ | is missing an original signature by the prisoner |
| (7) | __ | is not on proper form (must use the court's current form) |

(8)   __      names in caption do not match names in caption of complaint, petition or habeas application

(9)   __      An original and a copy have not been received by the court. Only an original has been received.

(10)   X      other: <u>Motion is necessary only if $5.00 filing fee is not paid in advance.</u>

**Complaint, Petition or Application**:

(11)   __      is not submitted

(12)   X      is not on proper form (must use the court's current form)

(13)   __      is missing an original signature by the prisoner

(14)   __      is missing page nos. ___

(15)   __      uses et al. instead of listing all parties in caption

(16)   __      An original and a copy have not been received by the court.  Only an original has been received.

(17)   __      Sufficient copies to serve each defendant/respondent have not been received by the court.

(18)   __      names in caption do not match names in text

(19)   __      other _____

Accordingly, it is

ORDERED that the Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Petitioner files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Petitioner shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if the Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

2

DATED August 9, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02016-BNB

James Preston Smith
Reg. No. 06505-084
USP Florence - High
PO Box 7000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on August 9, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk